# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-3554
_____

SUSAN CALDWELL,

    Appellant,

    v.

KINDRED AT HOME and
SEDGWICK CLAIMS
MANAGEMENT,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: September 5, 2016.

September 28, 2021

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROBERTS, and M.K. THOMAS, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Warren K. Sponsler and Vanessa J. Johnson of Sponsler, Koren, Hammer & Lahey, P.A., Tampa, for Appellees.